**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____
                                                          )
JAMI WOOD,                                                )
                                                          )
                    Plaintiff,                            )
                                                          )
        v.                                                )          Case No. _____
                                                          )
DISCOVER PRODUCTS INC.                                    )
                                                          )
                    Defendant.                            )
                                                          )
_____                )

## NOTICE OF REMOVAL

        Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Discover Products Inc.

("Discover") removes this case from the Court of Common Pleas for Susquehanna County,

Pennsylvania to the United States District Court for the Middle District of Pennsylvania.  In

support of this Notice of Removal, Discover states as follows:

## I.      BACKGROUND

        1.      On or about May 7, 2018, plaintiff Jami Wood ("Plaintiff") initiated this action,

styled _Jami Wood v. Discover Products Inc._, Case No. 2018-685 CP, by filing a complaint (the

"Complaint") against Discover in the Court of Common Pleas of Susquehanna County,

Pennsylvania (the "State Court Action").

        2.      A copy of the Complaint was served on Discover on May 15, 2018.  No other

documents have been filed in the State Court Action.  Pursuant to 28 U.S.C. § 1446(a), Discover

has attached true and correct copies of "all process, pleadings, and orders served" upon Discover

in the State Court Action as Exhibit A.

3.      In the Complaint, Plaintiff alleges that Discover "caused to be made an unknown number of calls to Plaintiff's cell phone number [. . .] using either an automatic telephone dialing system . . . or an artificial or prerecorded voice [. . .] [without] the Plaintiff's prior express consent." *See* Compl. at ¶¶ 12, 16, 18.

4.      Plaintiff alleges that these calls harmed her because they were "nuisance and invasion of privacy," interfered with her "rights and interests in [her] cellular telephone, and "intrud[ed] upon Plaintiff's seclusion." *See* Compl. at ¶¶ 13-15.

5.      Based thereon, the Complaint raises a single claim under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*, and damages of $500 and $1,500.00 per call. *See* Compl. at ¶¶ 20-22.

## II.      BASIS FOR REMOVAL JURISDICTION

6.      This Court has original jurisdiction under 28 U.S.C. § 1331 as Plaintiff alleges violations of a claim or right arising under the laws of the United States.

7.      Specifically, Plaintiff has alleged that Discover has violated the TCPA. *See* 47 U.S.C. § 227, *et seq.*; Compl. at ¶¶ 20-22.

8.      Therefore, this action is subject to removal pursuant to 28 U.S.C. §§ 1331 and 1441 at the request of Discover because Plaintiff's claim arises under the laws of the United States.

## III.      VENUE

9.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a) and 1441(a) because the United States District Court for the Middle District of Pennsylvania is the federal court embracing the Court of Common Pleas of Susquehanna County, Pennsylvania, where Plaintiff originally filed the State Court Action.

IV.     **PROCEDURAL COMPLIANCE**

10.     Plaintiff served Discover by serving a copy of the summons and complaint upon Discover's registered agent on May 15, 2018.  *See* Ex. A.

11.     This Notice is timely because it has been filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

12.     The time for Discover to answer, move, or otherwise plead in the State Court Action in response to the Complaint has not yet expired, and Discover has not answered, moved, or otherwise responded to the Complaint.

13.     The documents attached hereto as Exhibit A constitute all of the process, pleadings, and orders received by Discover to date.

14.     Written notice of the filing of this Notice is being forwarded to counsel of record for Plaintiff, as well as to the Prothonotary of the Court of Common Pleas of Susquehanna County, Pennsylvania, pursuant to 28 U.S.C. § 1446(d).  *See* Notice of Filing Notice of Removal (Exhibit B hereto).

15.     By filing a Notice of Removal in this matter, Discover does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and Discover specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

16.     Without conceding the availability of any particular remedy or category of damages, this action involves a controversy arising under the laws of the United States, as appears from the allegations of Plaintiff's Complaint.  Accordingly, this action is one over which this District Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, and this matter may be removed to this Court under 28 U.S.C. § 1441.

3

WHEREFORE, notice is given that this action is removed from the Court of Common Pleas of Susquehanna County, Pennsylvania, to the United States District Court for the Middle District of Pennsylvania.

Dated:  June 12, 2018           Respectfully submitted,

By: /s/ *Daniel JT McKenna*
Daniel JT McKenna, Esquire (Pa. ID 93930)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999
mckennad@ballardspahr.com
*Attorney for Defendant Discover Products Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of Defendant's

Notice of Removal was electronically served on this date upon the following:

Brett Freeman, Esq.
Sabatini Freeman, LLC
216 N. Blakely Street
Dunmore, PA 18512
*Attorney for Plaintiff*

By: <u>/s/ *Daniel JT McKenna*</u>
Daniel JT McKenna, Esquire