IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMI WOOD,                                    :

        Plaintiff,
V.                                            : (Judge Conaboy)

DISCOVER PRODUCTS, INC.
                                  : 3: 18-CV-1197
        Defendant.

ORDER

BECAUSE the Defendant, has filed an Unopposed Motion to Compel Arbitration/Stay in this Matter (Doc.5) on August 20, 2018, and;

BECAUSE, the Court granted this motion per Order (Doc.6), on August 21, 2018;

the following Order is entered.

1. This matter is stayed and Plaintiff, shall proceed to arbitrate her claims in accordance with terms of the arbitration agreement.

2. The Clerk of Court is directed to close this matter for statistical purposes, without prejudice to either party, to the right to reopen this matter if deemed necessary.

BY THE COURT:

Date: November 2, 2018

Richard P. Conaboy
United States District Judge